**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**
**CRIMINAL MINUTES-REARRAIGNMENT AND PLEA**

**Case No. 6:15-CR-10-S-1-GFVT-HAI At: London Date: January 31, 2017**

**U.S.A. vs Jerry Luke X present ___ OR X custody AGE: 48**

---

**DOCKET ENTRY: Defendant was placed under oath and questioned by the Court. Consent to Plead Before U.S. Magistrate Judge executed by the Defendant. Further, the Court finds the Defendant to be fully competent and capable of entering an informed plea. The plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing the essential elements of the relevant offense charged in Count 1 of the Superseding Indictment. The Defendant waives the right to appeal and the right to attack collaterally the guilty plea, conviction and sentence, with certain limitations. Therefore, the Court recommends that the plea should be accepted and the Defendant should be adjudged guilty of the offense charged in Count 1 of the Superseding Indictment. The United States indicated it would move to dismiss the underlying indictment and Count 2S at sentencing. A separate Recommendation concerning plea acceptance will be entered.**

**In the event this hearing is transcribed, that portion containing the bench conference will be filed UNDER SEAL.**

---

**PRESENT: HON. HANLY A. INGRAM, UNITED STATES MAGISTRATE JUDGE**

| **Sheila Douglas** | **Audio File Number** | **Jason Parman for Gregory Rosenberg** |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Assistant U.S. Attorney** |

I, Sheila Douglas, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file **KYED-LON_6-15-CR-10-S-1-HAI_20170131_125749.**

**Counsel for Deft: Willis Coffey X present X CJA __ retained**

**PROCEEDINGS: RE-ARRAIGNMENT AND GUILTY PLEA**

**X Copy of Indictment previously given to Defendant.**

**X Defendant states true name is Jerry Luke .**

**X Defendant formally arraigned and advised of rights, pursuant to Rule 11, F.R.Cr.P. X Indictment Read.**

**X Defendant moves to CHANGE PLEA to Count 1 of the Superseding Indictment, DE #21. X Court grants motion.**

**X Defendant pleads X GUILTY to Count 1 of the Superseding Indictment, #21. ___ Not guilty to count(s) __**

**X BINDING PLEA AGREEMENT filed in the record.**

**X The transcript shall be deemed the written findings of the Court.**

__ **Court orders a Presentence Report, with copies to be furnished to counsel and Defendant, pursuant to Rule 32, F.R.Cr.P.**

_ **Defendant shall remain on bond and conditions of release as previously imposed.**

**X** **Defendant remanded to the custody of the United States Marshal.**

**X** **Jury trial is CONTINUED GENERALLY.**

**X** **Sentencing to be set by separate order.**

**Copies: COR, USP, USM**

**Clerk's Initials: syd**

| |
|---|
| **TIC: 1 hour 2 min.** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

**Signed By:**
***Hanly A. Ingram*** HAI
**United States Magistrate Judge**